Opinion by Willson, J.

## EDWARDS et al v. EZELL & SUGGS.

Appeal from Milam county.

*Principal and Agent—Contract—Liability.*—When an agent has due authority to make a written contract, not under seal, and he makes it in his own name, whether he describes himself to be an agent or not, or whether the principal be known or unknown he, the agent, will be liable to be sued, and the principal will also be liable to be sued thereon, unless it is clear that the credit was given exclusively to the agent, and it is the intention of both parties that no resort shall in any event be against the principal. Reversed and remanded.

Opinion by Willson, J.

## CITY OF DALLAS v. ROSS.

Appeal from Dallas county.

*Municipal Corporation—Damages—Liability.*—To render a municipal corporation liable for damages done to property, it must be alleged and proved that the wrongful acts complained of were committed under the direction and authority of the city; and, that such acts were within the scope of the corporate powers of the city.

*Limitation.*—In such action, the statute of limitations begins to run when such act was done and not when the injury occurs. Reversed and remanded.

Opinion by Willson, J.